UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WESTMORE EQUITIES, LLC,

    Plaintiff,

v.

CITY OF MOUNDS,

    Defendant.

Case No. 18-cv-1132-JPG-SCW

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Westmore Equities, LLC's ("Westmore") motion for default judgment of this breach of contract action (Doc. 12). Westmore has obtained entry of default against the City of Mounds ("Mounds") pursuant to Federal Rule of Civil Procedure 55(a) (Doc. 10) and has served the notice of entry of default on Mounds as required by Local Rule 55.1(a) (Doc. 11). Westmore has also provided evidence to establish its entitlement to the amount it seeks in a default judgment: (1) an affidavit of a knowledgeable managing member of Westmore attesting that Mounds has failed to make a $150,000 payment due on May 16, 2018, under its contract with Westmore and (2) a statutory calculation of prejudgment interest at a rate of $20.55 per day from the date of the missed payment ($20.55 x 91 days = $1,870.05). The Court finds this sufficient to establish Westmore's entitlement to a default judgment in the amount of $150,000 in contractual damages and $1,870.05 in prejudgment interest, for a total judgment of $151,870.05, plus costs and attorney fees to be determined following entry of judgment. *See Ray Haluch Gravel Co. v. Central Pension Fund of Int'l Union of Operating Eng'rs & Participating Emp'rs*, 571 U.S. 177, 179 (2014). Accordingly, the Court **GRANTS** the motion for default judgment (Doc. 12) and **DIRECTS** the Clerk of Court to enter judgment in favor of Westmore in the total amount of $151,870.05. Count II is **DISMISSED as moot** in light of the fact that Mounds has already specifically performed as requested therein.

**IT IS SO ORDERED.**
**DATED: August 15, 2018**

                                    s/ J. Phil Gilbert
                                    **J. PHIL GILBERT**
                                    **DISTRICT JUDGE**