UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WESTMORE EQUITIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF MOUNDS, an Illinois Municipal Corporation,<br><br>    Defendant. | Case No. 18-cv-1132-JPG-SCW |

## **DEFAULT JUDGMENT**

This matter having come before the Court, the defendant having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment on Count I is entered in favor of plaintiff Westmore Equities LLC and against defendant City of Mounds, Illinois, in the amount of one hundred fifty thousand dollars ($150,000) in contractual damages and one thousand, eight hundred seventy dollars and five cents ($1,870.05) in prejudgment interest, for a total judgment of one hundred fifty-one thousand, eight hundred seventy dollars and five cents ($151,870.05), plus costs and attorney fees to be determined.

IT IS FURTHER ORDERED AND ADJUDGED that Count II is dismissed as moot.

                                                          **JUSTINE FLANAGAN, Acting Clerk of Court**

**Date: August 15, 2018**                       **s/Tina Gray, Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**