UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WESTMORE EQUITIES, LLC,

    Plaintiff,

v.

CITY OF MOUNDS,

    Defendant.

Case No. 18-cv-1132-JPG-SCW

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Westmore Equities, LLC's ("Westmore") motion for attorney fees in this breach of contract action (Doc. 15). The Court has entered a default judgment against the defendant City of Mounds (Doc. 14), and Westmore now seeks recover of attorney's fees pursuant to the terms of the contract breached. That contract provides, in pertinent part:

> In any litigation . . . arising out of or in any way relating to this Agreement, including (without limitation) any proceeding relating to the . . . enforcement hereof, the prevailing party shall be entitled to recover from the other party any and all costs and expenses, including reasonable attorneys' fees . . ., incurred by the prevailing party in connection with such proceeding.

Settlement Agrmt. ¶ 12 (Doc. 1-2).

Westmore is the prevailing party in this litigation to enforce the parties' contract, so under that contract it is entitled to recover its reasonable attorney's fees. It has provided documentary evidence to support an award of $1,372.50 in attorney's fees (6.1 hours x $225 per hour). The Court has reviewed the supporting documentation and finds that the fee requested is reasonable in both hours expended and rate of reimbursement. Accordingly, the Court **GRANTS** the motion (Doc. 15) and **ORDERS** that Westmore is awarded from the City of Mounds $1,372.50 in attorney's fees.

**IT IS SO ORDERED.**
**DATED: September 18, 2018**

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**